UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Gregg C. McAllister et al, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 16-cv-10911 GAO |
| | * | |
| Countrywide Home Loans Inc, et al | * | |
| | * | |
| Defendant. | * | |

ORDER OF DISMISSAL

March 29, 2017

O'Toole, D.J.

Pursuant to the court's Opinion and Order issued on 03/29/2017 [#64] GRANTING Motion to Dismiss for Failure to State a Claim , and ADOPTING Report and Recommendation, this case is hereby dismissed and CLOSED.

IT IS SO ORDERED.

/s/ George A. O'Toole, Jr.

United States District Judge